IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HOLYOKE MUTUAL INSURANCE CO.,
d/b/a Middleoak a/s/o Aspen Garden
Apartments                                                                PLAINTIFF

v.                              No. 3:17-cv-83-DPM

EAST ARKANSAS AREA AGENCY
ON AGING, INC. and CYNTHIA
UNDERWOOD                                                                 DEFENDANTS

## ORDER

1. Holyoke has moved to amend its complaint again, this time proposing to add the East Arkansas Area Agency on Aging's insurer as a hedge against charitable immunity. The Agency informally indicated that it intended to oppose the motion. It has not. And the time to do so has expired. This unopposed motion, № 37, is granted. Second amended complaint due by 16 March 2018.

2. The parties jointly seek a continuance. Good cause exists. The Court emphasizes, though, that no further extensions will be granted in this aging case absent extraordinary circumstances. Joint motion, № 41, granted. An Amended Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 March 2018