IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HOLYOKE MUTUAL INSURANCE CO.,
d/b/a Middleoak a/s/o Aspen Garden
Apartments                                                              PLAINTIFF

v.                          No. 3:17-cv-83-DPM

EAST ARKANSAS AREA AGENCY
ON AGING, INC.; CYNTHIA
UNDERWOOD; and
ALLIANCE OF NONPROFITS                                   DEFENDANTS/
FOR INSURANCE RISK                             THIRD-PARTY PLAINTIFFS/
RETENTION GROUP, INC.                              CROSS-DEFENDANTS

ASPEN GARDEN ASSOCIATES,
d/b/a Aspen Garden Association;
TONY PARDEW; JACKIE PARDEW;                              THIRD-PARTY
and SOUTHERN MANAGEMENT                                  DEFENDANTS/
CORPORATION                                             CROSS-CLAIMANTS

## ORDER

Unopposed motion, № 62, granted. The Court thanks counsel for their collaboration. The Amended Final Scheduling Order, № 44, is suspended. The case is stayed and administratively terminated. Status report on state court proceedings due by 7 December 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2018