IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HOLYOKE MUTUAL INSURANCE CO.,
d/b/a Middleoak a/s/o Aspen Garden
Apartments                                                              PLAINTIFF

v.                            No. 3:17-cv-83-DPM

EAST ARKANSAS AREA AGENCY
ON AGING, INC.; CYNTHIA
UNDERWOOD; and
ALLIANCE OF NONPROFITS                                     DEFENDANTS/
FOR INSURANCE RISK                                   THIRD-PARTY PLAINTIFFS/
RETENTION GROUP, INC.                                   CROSS-DEFENDANTS

ASPEN GARDEN ASSOCIATES,
d/b/a Aspen Garden Association;
TONY PARDEW; JACKIE PARDEW;                              THIRD-PARTY
and SOUTHERN MANAGEMENT                                  DEFENDANTS/
CORPORATION                                             CROSS-CLAIMANTS

# ORDER

The Court belatedly notes the parties' December 2018 joint status report, № 65. It is appreciated. Please file another joint status report on state court proceedings by 30 August 2019.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 August 2019