IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HOLYOKE MUTUAL INSURANCE CO.,
d/b/a Middleoak a/s/o Aspen Garden
Apartments                                                                    PLAINTIFF

v.                                   No. 3:17-cv-83-DPM

EAST ARKANSAS AREA AGENCY
ON AGING, INC.; CYNTHIA
UNDERWOOD; and
ALLIANCE OF NONPROFITS                             DEFENDANTS/
FOR INSURANCE RISK                          THIRD-PARTY PLAINTIFFS/
RETENTION GROUP, INC.                         CROSS-DEFENDANTS

ASPEN GARDEN ASSOCIATES,
d/b/a Aspen Garden Association;
TONY PARDEW; JACKIE PARDEW;                        THIRD-PARTY
and SOUTHERN MANAGEMENT                            DEFENDANTS/
CORPORATION                                        CROSS-CLAIMANTS

## JUDGMENT

The second amended complaint and the third party complaint are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2020